[Crim. No. 2377.    In Bank.—May 11, 1921.]

In the Matter of the Application of EDWARD M. KASTER
for a Writ of Habeas Corpus.

[1] HABEAS CORPUS—VIOLATION OF MOTOR VEHICLE ACT.—On this application for discharge of petitioner on *habeas corpus* after conviction of the violation of the Motor Vehicle Act, it is held that all points available to petitioner were correctly decided *In re Kaster on Habeas Corpus*, No. 556, filed May 2, 1921 (Cal. App.), 198 Pac. 1029.

APPLICATION for a Writ of Habeas Corpus to release petitioner from custody after conviction of violation of the Motor Vehicle Act.    Writ denied.

Thomas B. Leeper for Petitioner.

THE COURT.—The petitioner heretofore sought his discharge on *habeas corpus* on account of the matters alleged in his petition filed herein, at the hands of the district court of appeal of the third appellate district. After a hearing that court on May 2, 1921, discharged the writ and remanded the petitioner. The court in so doing filed a written opinion. (*In re Kaster on Habeas Corpus*, No. 556, filed May 2, 1921 (Cal. App.), 198 Pac. 1029.) [1] All points available to petitioner on *habeas corpus* are considered in that opinion, which, to our minds, correctly states the law in regard thereto.

The application for a writ is denied.

All the Justices concurred.